# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| **In re:** ) <br> ) <br> **YURY MAGIDOV,** ) <br>     Debtor ) <br> _____) | **Chapter 7** <br> **Case No. 04-43164-JBR** |
| ) <br> **DAVID M. NICKLESS, TRUSTEE** ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> **YURY MAGIDOV, SVETLANA MAGIDOV,** ) <br> **AMERITRADE, INC.,** ) <br>     Defendants ) <br> _____) | **Adv. Pro. No 04-4432-JBR** |

### MOTION TO WITHDRAW NOTICE OF APPEARANCE

NOW COMES Vladimir von Timroth, Esq., of Aframe Barnhill & von Timroth, P.A., counsel for the Defendant/Debtor, Yury Magidov, and hereby respectfully moves to withdraw his and Attorney Carl D. Aframe's appearance in the above referenced case due to irreconcilable differences with the Defendant/Debtor.

Respectfully submitted by:

/s/ Vladimir von Timroth

Vladimir von Timroth (BBO# 643553)
Aframe, Barnhill & von Timroth, P.A.
370 Main Street, Suite 975
Worcester, MA 01608-1723
(508) 756-6940
(508) 753-8219 Fax
vontimroth@aframebarnhill.com

Dated: 6/7/5

## CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, immediately upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

David M. Nickless, Esq.
NICKLESS & PHILLIPS, P.C.
625 Main Street
Fitchburg, MA 01420
**Chapter 7 Trustee/Plaintiff**

Nora K. McLaughlin, Esq.
Nickless and Philips, P.C.
625 Main Street
Fitchburg, MA 01420
**Attorney for Chapter 7 Trustee/Plaintiff**

Yury Magidov
56 Valley Hill Drive
Worcester, MA 01602
**Debtor/Defendant**

/s/ Vladimir von Timroth

Vladimir von Timroth, Esq., BBO #643553
vontimroth@aframebarnhill.com

Dated: 6/7/5