UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re
Yury Magidov
    Debtor
_____

David M. Nickless, Trustee,
    Plaintiff

v.

Yury Magidov, Svetlana Magidov,
Ameritrade, Inc.
    Defendants

Chapter 7
No. 04-43164-JBR

Adv. Pro.
No. 04-4432

STIPULATION OF DISMISSAL

To the Honorable Joel B. Rosenthal, Bankruptcy Judge

Now come the parties in the above adversary proceeding and, pursuant to Rule 41 of the Federal Rules of Civil Procedure and Bankruptcy Rule 7041 hereby Stipulate that the matter be dismissed with prejudice with each party to assume its own costs.

 

/S/  David M. Nickless
David M. Nickless, Trustee, BBO No. 371920
Nickless and Phillips, P.C.
625 Main Street
Fitchburg, MA  01420
978-342-4590
dnickless.nandp@verizon.net

Yury Magidov
By his attorney

/s/ Vladimir von Timroth (with permission)
Vladimir von Timroth, Esq., BBO # 643553
Aframe, Barnhill & von Timroth, P.A.
370 Main Street, Suite 975
Worcester, MA 01608-1723
(508) 756-6940

Svetlana Magidov
By her attorney

/s/ John A. Burdick, Jr. (with permission)
John A. Burdick, Jr., BBO 547650
340 Main Street, Suite 800
Worcester, MA  01608